IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #58, SAFETY TRAINING AWARDS RECOGNITION, PAINTIERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATIVE INITIATIVE, PAINTERS DISTRICT COUNCIL #58 APPRENTICESHIP AND TRAINING FUND, PAINTERS DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS, and ILLINOIS STATE PAINTERS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FERELL J ROBINSON JR. d/b/a F.J. ROBINSON'S CONTRACTING <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 24-1110 ) ) ) ) ) ) ) |

## ORDER FOR RULE TO SHOW CAUSE

THIS CAUSE coming on to be heard upon the Petition For Rule To Show Cause filed by Plaintiffs, PAINTERS DISTRICT COUNCIL #58 401(k), *et al*., and the Court having reviewed the Petition and finding that the Petition should be granted.

IT IS HEREBY ORDERED that Defendant, FERELL J ROBINSON JR. d/b/a F.J. ROBINSON'S CONTRACTING shall be, and hereby is ordered to be and appear, before United States Magistrate Judge Ronald L. Hanna on the 7th day of July, 2025 at 1:00 a.m/p.m, in Courtroom D of the United States District Court, Central District, 100 N.E. Monroe Street, Peoria, Illinois 61602 and then and there show what cause, if any Defendant has, why Defendant should not be held in contempt of Court for its failure to produce all payroll and

other business records as to wages received and hours worked by Defendant's employees for the period of January 1, 2018, through a future date determined by a payroll audit as commanded by the Order entered by this Court on November 24, 2024.

The Plaintiffs shall serve Ferell J. Robinson Jr., with a copy of this Order. Failure to appear may result in a writ of attachment being entered and a subsequent hearing to determine the appropriateness of civil contempt proceedings and sanctions.

Entered this 23rd day of June                    s/Ronald L. Hanna

                                                                              JUDGE